## File Hashes for IP Address 24.38.241.146

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Lindenhurst, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/26/2015 10:29:21 | 50FD8F96FF6D0226ACF808AC90E907B8B70251C4 | Surrender To Seduction |
| 07/06/2015 17:11:49 | D598DA20C4FF9439C641C03D19FAE3B128C65F40 | Bound By Desire |
| 05/31/2015 19:08:16 | 1588471824E53F8A65A534020C15EA86651AF43F | Hippie Chic |
| 05/28/2015 13:01:50 | 21EA8C9CCFFFC4F5F83E474F502A1B30D7A50394 | A Sultry Summer Invitation |
| 05/09/2015 20:35:36 | 34751866B9F5C5B1F6BA581DBBEE8B294C6E137E | Keep On Cumming |
| 05/09/2015 20:35:29 | 306B958F03940E1AC266829CB13B3C949B5BF2A4 | Dripping Pleasures |
| 05/08/2015 01:26:36 | A48497FDD14BE13A1E14EF727736CAE2ED2AC91D | Come Together Part #1 |
| 02/19/2015 12:22:06 | DE2B180AC7251BB3201D3E286E04503B931BB93D | Bring Me To My Knees |
| 02/03/2015 18:46:00 | 2D2E542FB7D31A1E5A099CFACAC1F8A608730C9B | The Studio Part #1 |
| 02/02/2015 17:19:39 | 7C38CAC320811116118F6B9723AEB48D527AFE14 | The Studio Part #2 |
| 01/09/2015 14:23:26 | DDCC9296C43004F0A85D000A20322A50A5319F7A | Introducing Maya |
| 01/01/2015 11:33:38 | 90AF3C1804F9D0AD4C32D555E1105B0F7200D7AB | Deep Blue Passion |
| 12/28/2014 22:56:50 | BE2E76C74F106A57FB14920547944B22754995E2 | Never Better |
| 12/24/2014 18:24:39 | 7CAFB2FAC1E4A8BF0F2EC69C0717C9B1B19F2121 | Caribbean Christmas |
| 12/21/2014 14:09:05 | 6A718635C51CFD893B8148460E6CF1EA48C5D0BA | Tease Me Please Me |
| 11/23/2014 01:15:08 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 11/16/2014 20:05:59 | 56418B790838988AE4A0C24594EB643F60F7CC0C | Spellbound |
| 10/26/2014 10:27:34 | 1FA451E3EA5E606AE968B50568A14A91009121DE | Do Me Darling |
| 10/16/2014 02:42:42 | 99F3366F1FDFCA0F5BCFCE4D15FDDF64B803F9F8 | Double Oh Heaven |
| 10/14/2014 13:20:23 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |
| 10/10/2014 09:56:49 | 483299A1A9355F69CB5A89FAC0CD561CAA9F4EC2 | Serving Seduction |
| 10/03/2014 08:09:18 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |

EXHIBIT A

ENY74

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/02/2014 23:44:25 | 372784BFE4B0079698397A92B3BF24F05A42A2BE | Bedtime Hijinks |
| 09/02/2014 23:44:21 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

ENY74